THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Tyrone Perry, Appellant.
 
 
 

Appeal from Spartanburg County
  J. Cordell Maddox Jr., Circuit Court
 Judge

Unpublished Opinion No. 2008-UP-217
 Submitted April 1, 2008  Filed April 7,
 2008    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals, Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: 
 Tyrone Perry appeals his conviction and sentence for murder.  On appeal Perry
 argues his guilty plea did not comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), because he was not properly advised regarding
 his waiver of constitutional rights.  Perry filed a letter in response to the Anders brief.  After a thorough review of the record, Perrys response,
 and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss Perrys appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
 ANDERSON,
 SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.